# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SANCHEZ, an individual on behalf of herself and others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY; T.A.C.T. HOLDING, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 18-CV-2052 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 26) |

Presently before the Court is the Parties' Joint Motion and Stipulation to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 26). Having reached a settlement, Plaintiff has agreed to dismissal with prejudice of her individual claims in this action. *Id.* at 2. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 27, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge